# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-1067

———————————————

BRANDON TERRELL RAMSEY,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Washington County.
Timothy A. Register, Judge.

January 28, 2026

PER CURIAM.

    AFFIRMED.

KELSEY, M.K. THOMAS, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Brandon Terrell Ramsey, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.